# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-266
_____

VENTURA BROWN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Wade Mercer, Judge.

September 10, 2020

PER CURIAM.

AFFIRMED. *See Owens v. State*, 45 Fla. L. Weekly D2011 (Fla. 1st DCA Aug. 25, 2020) (holding that whether section 948.06(2) applies to a defendant who committed an offense before the statute was amended, when imposing sentence for a violation of probation, a trial court is limited under subsection 948.06(2)(f)1 to modifying or continuing probation or imposing a sentence of up to 90 days in county jail only when a defendant "meet[s] all four conditions of subsection 948.06(2)(f)1").

RAY, C.J., and JAY and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Adam Wilson and Benjamin L. Hoffman, Assistant Attorneys General, Tallahassee, for Appellee.